IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEGASUS DEVELOPMENT CORPORATION and PERSONALIZED MEDIA COMMUNICATIONS, L.L.C., <br><br>Plaintiffs,<br><br>v.<br><br>DIRECTV, INC., HUGHES ELECTRONICS CORPORATION, THOMSON CONSUMER ELECTRONICS, INC., and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,<br><br>Defendants,<br><br>AND OTHER RELATED COUNTERCLAIMS. | C.A. No. 00-1020 (GMS) |

### DECLARATION OF JERROLD B. REILLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR LIMITED RELIEF FROM STAY TO PERMIT THE FILING OF A MOTION FOR A PRELIMINARY INJUNCTION

I, Jerrold B. Reilly, hereby declare:

1. I am an attorney with Jones Day, which is counsel for Defendants-Counterplaintiffs DIRECTV, Inc. and Hughes Electronics Corporation. I am admitted to practice law in New York and California, and by order of this Court filed May 7, 2003, I was granted leave to appear *pro hac vice* in this action.

2. Attached hereto as **EXHIBIT A** is a true and correct copy of a document dated October 29, 2007 and entitled "Comments on Statement of Reasons for Patentability and/or Confirmation." Upon information and belief, this document is a copy of that served by the

LAI-2914401v1

patent owner on counsel for Thomson as third-party requestor in connection with the reexamination of U.S. Patent No. 5,233,654.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California this 16th day November 2007.

_____
Jerrold B. Reilly

LAI-2914401v1

# CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that true and correct copies of the foregoing document were caused to be served on November 19, 2007, upon the following counsel of record:

**BY HAND**
**PLAINTIFFS' COUNSEL**

Rudolf E. Hutz
R. Eric Hutz
**CONNOLLY BOVE LODGE & HUTZ, LLP**
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

**BY EMAIL**
**PLAINTIFFS' COUNSEL**

Hadrian Katz
Joseph Micallef
**ARNOLD & PORTER**
Thurman Arnold Building
555 12th Street, N.W.
Washington, D.C. 20004-1206

**BY EMAIL**
**PLAINTIFFS' COUNSEL**

Timothy R. DeWitt
24IP Law Group, USA, PLLC
600 Cameron Street, Ste. 408
Alexandria, VA 22314

**BY EMAIL**
**DIRECTV, INC., PHILIPS ELECTRONICS NORTH AMERICA CORP., & HUGHES ELECTRONICS CORP.**

Victor G. Savikas
Kevin G. McBride
Marsha E. Mullin
**JONES DAYS REAVIS & POGUE**
555 West Fifth Street, Suite 4600
Los Angeles, CA 90013-1025

**BY HAND**
**TVG-PMC, INC., STARSIGHT TELECAST, INC. and GEMSTAR-TV GUIDE INTERNATIONAL**

Philip A. Rovner
**POTTER ANDERSON & CORROON LLP**
1313 North Market Street
Wilmington, DE 19899-0951

**BY HAND**
**PHILIPS ELECTRONICS NORTH AMERICA CORP.**

Steven J. Balick
**ASHBY & GEDDES**
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**BY EMAIL**
**THOMSON MULTIMEDIA, INC.**

A.J. Usher, IV
Krieg DeVault LLP
One Indiana Square, Ste. 2800
Indianapolis, IN 46204-2079

**BY EMAIL**
**THOMSON MULTIMEDIA, INC.**

John McNett
**WOODARD, EMHARDT, MORIARTY McNETT & HENRY LLP**
Bank One Center/Tower
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137

**BY EMAIL**
**THOMSON MULTIMEDIA, INC.**

Peter C. McCabe
Raymond C. Perkins
**WINSTON & STRAWN**
35 West Wacker Drive
Chicago, IL 60601

**BY EMAIL**
**TVG-PMC, INC., STARSIGHT TELECAST, INC. and GEMSTAR-TV GUIDE INTERNATIONAL**

Morris Waisbrot
William F. Haigney
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

      */s/ Karen Jacobs Louden*
      klouden@mnat.com (#2881)

365893