IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEGASUS DEVELOPMENT CORPORATION et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>DIRECTV, INC. et al., )<br><br>Defendants. ) | C.A. No. 00-1020-GMS |
| DIRECTV, INC. et al., )<br><br>Counterclaim-Plaintiffs, )<br><br>v. )<br><br>PEGASUS DEVELOPMENT CORPORATION et al., )<br><br>Counterclaim-Defendants. ) | |

**<u>ORDER</u>**

At Wilmington this 3rd day of February 2011,

IT IS HEREBY ORDERED that:

The parties are directed to submit a status report regarding the above-captioned case no later than February 17, 2011.

.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE