# CONNOLLY BOVE LODGE & HUTZ LLP

ATTORNEYS AT LAW

**WILMINGTON, DE**

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

R. ERIC HUTZ

TEL (302) 658 9141
FAX (302) 658 5614
EMAIL ehutz@cblh.com
REPLY To Wilmington Office

February 17, 2011

## ELECTRONIC FILING

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
844 N. King Street
Room 2124, Lockbox 19
Wilmington, DE 19801

> **Re: Pegasus Development Corporation et al. v. DIRECTV, Inc. et al.
> CA No.: 00-1020(GMS)**

Dear Judge Sleet:

We represent Pegasus Development Corporation and Personalized Media Communications, L.L.C. ("PMC"), the Plaintiffs in the above-referenced matter.  The Court stayed that proceeding on May 14, 2003, pending the outcome of certain reexamination proceedings instituted by the United States Patent and Trademark Office ("the PTO") regarding the patents-in-suit.

The Court's February 3, 2011 Order directed the parties to file a status report. After consulting, all parties jointly submit the attached status report.

Respectfully submitted,

R. Eric Hutz

REH\evs
Enclosure
cc:    Clerk of the Court
       Counsel of Record

Asserted Claims in *Pegasus Development Corp. v. DIRECTV, Inc.*, No. 00-cv-1020
Summary of Disposition in Reexamination
(as of February 7, 2011)

| U.S. Patent No. | Claims Asserted Prior to Reexaminations | Status |
|---|---|---|
| 4,694,490 | 4 | Cancelled in Reexam Control No. 90/006,800. |
| 4,704,725 | n/a | n/a |
| 4,965,825 | 14 | Cancelled in Reexam Control No. 90/006,536. |
| | 15 (Plaintiffs' motion for leave to add this claim was denied without prejudice to renewal once the stay was lifted) | Confirmed in Reexam Control No. 90/006,536 but subsequently cancelled in Reexam Control No. 90/010,709. |
| | 17 | Confirmed in Reexam Control Nos. 90/006,536 and 90/010,709.  Presently undergoing third reexamination in Reexam Control No. 90/011,274 (initiated October 8, 2010). |
| 5,109,414 | 1, 2, 5, and 7 | Confirmed in Reexam Control No. 90/006,838 and notice of intent to confirm issued in Reexam Control No. 90/011,016 (initiated May 28, 2010). |
| 5,233,654 | 10 and 70 | Confirmed in Reexam Control 90/006,606. |
| 5,335,277 | 7, 13, 17, and 18 | Board of Patent Appeals and Interferences ("BPAI") affirmed examiner's rejections in Reexam Control No. 90/006,563.  Asserted claim 7 currently on appeal by PMC to the Court of Appeals for the Federal Circuit in Appeal No. 2011-1158. |
| | 12 | BPAI reversed examiner's rejections in Reexam Control No. 90/006,563. |
| 5,887,243 | 14, 21, 30, and 41 | Cancelled in Reexam Control No. 90/006,688. |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PEGASUS DEVELOPMENT CORPORATION )
and PERSONALIZED MEDIA )
COMMUNICATIONS, LLC, )
        Plaintiffs-Counterdefendants, )   C.A. No. 00-1020 (GMS)
     v. )
  )   **CERTIFICATE OF SERVICE**
DIRECTV, INC., HUGHES ELECTRONICS )
CORPORATION, THOMSON CONSUMER )
ELECTRONICS, INC., and PHILIPS )
ELECTRONICS NORTH AMERICA )
CORPORATION, )
        Defendants-Counterplaintiffs. )

The undersigned hereby certifies that on February 17, 2011, a true and correct copy of the

foregoing LETTER TO THE HONORABLE GREGORY M. SLEET was caused to be served on

counsel for defendants in the manner indicated:

*Attorneys for Philips Electronics North America Corporation*

| **CM/ECF AND HAND DELIVERED** | **FEDERAL EXPRESS** |
|---|---|
| Steven J. Balick, Esquire | Brian J. McNamara, Esquire |
| Steven T. Margolin, Esquire | Kenneth E. Krosin, Esquire |
| **ASHBY & GEDDES** | **FOLEY & LARDNER LLP** |
| 500 Delaware Avenue, P.O. Box 1150 | 3000 K Street, N.W., Suite 500 |
| Wilmington, DE 19899 | Washington, D.C. 20007-5109 |

*Attorneys for TVG-PMC, Inc., Starsight Telecast, Inc. and Gemstar-TV Guide International, Inc.*

| **CM/ECF AND HAND DELIVERED** | **FEDERAL EXPRESS** |
|---|---|
| Philip A. Rovner, Esquire | Morris Waisbrot, Esquire |
| **POTTER ANDERSON & CORROON LLP** | William F. Haigney, Esquire |
| 1313 N. Market St., P.O. Box 951 | **HOGAN & HARTSON LLP** |
| Wilmington, DE 19899-0951 | 875 Third Avenue |
| | New York, NY 10022 |

*Attorneys for DIRECTV, INC., Hughes Electronics Corporation* and *Thomson Inc.*

| **CM/ECF AND HAND DELIVERED** | **FEDERAL EXPRESS** |
|---|---|
| Karen Jacobs Louden, Esquire | Victor G. Savikas, Esquire |
| **MORRIS, NICHOLS, ARSHT** | Kevin G. McBride, Esquire |
| **& TUNNELL LLP** | Marsha Durko, Esquire |
| 1201 N. Market St., P.O. Box 1347 | Michael Newton, Esquire |
| Wilmington, DE 19899-1347 | **JONES DAY** |
| | 555 South Flower Street, 50th Floor |
| | Los Angeles, CA 90071 |

**FEDERAL EXPRESS**
A. J. Usher IV, Esquire
**KRIEG DEVAULT LLP**
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079

**FEDERAL EXPRESS**
Peter C. McCabe, III, Esquire
Raymond C. Perkins, Esquire
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601

**FEDERAL EXPRESS**
John C. McNett, Esquire
**WOODARD, EMHARDT, MORIARTY,**
  **MCNETT & HENRY LLP**
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137

*Attorneys for Movant, Scientific-Atlanta Inc.*
**CM/ECF AND HAND DELIVERED**
Edward M. McNally, Esquire
**MORRIS JAMES LLP**
500 Delaware Avenue
Suite 1500, P.O. Box 2306
Wilmington, DE 198999-2306

*Attorneys for Pegasus Development Corp. and Personalized Media Communications, LLC.*

**FEDERAL EXPRESS**
Timothy R. DeWitt, Esquire
**24 IP Law Group USA, PLLC**
12 E. Lake Drive
Annapolis, MD 21403

**FEDERAL EXPRESS**
Matthew Bathon, Esquire
Hadrian R. Katz, Esquire
Joseph A. Micallef, Esquire
**ARNOLD & PORTER**
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202

Respectfully submitted

**CONNOLLY BOVE LODGE & HUTZ, LLP**

By:    /s/ R. Eric Hutz (#2702)
       R. Eric Hutz (#2702)
       The Nemours Building
       1007 N. Orange Street, P. O. Box 2207
       Wilmington, DE 19899
       Telephone: (302) 658-9141
       *Attorneys for Pegasus Development Corp. and*
       *Personalized Media Communications, LLC*

4205063_1