IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEGASUS DEVELOPMENT CORPORATION and PERSONALIZED MEDIA COMMUNICATIONS, L.L.C., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) C.A. No. 00-1020 (GMS) ) |
| DIRECTV, INC., HUGHES ELECTRONICS CORPORATION, THOMSON CONSUMER ELECTRONICS, INC., and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| AND RELATED COUNTERCLAIMS. | ) |

**NOTICE OF NAME CHANGE**

PLEASE TAKE NOTICE that defendant Thomson Consumer Electronics, Inc., previously renamed Thomson Multimedia, Inc., is now known as Technicolor USA, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
   *Attorneys for Technicolor USA, Inc.*

March 1, 2011
4114725

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 1, 2011, upon the following individuals by electronic mail:

Philip A. Rovner, Esquire
**POTTER ANDERSON & CORROON LLP**
1313 North Market Street
Wilmington, DE  19899-0951
*Attorneys for TVG-PMC, Inc., Starsight Telecast, Inc. and Gemstar-TV Guide International, Inc.*

Steven J. Balick, Esquire
Steven T. Margolin, Esquire
**ASHBY & GEDDES**
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for Philips Electronics North America Corporation*

R. Eric Hutz, Esquire
**CONNOLLY BOVE LODGE & HUTZ, LLP**
The Nemours Building
1007 N. Orange Street,
P.O. Box  2207
Wilmington, DE  19899
*Attorneys for Pegasus Development Corp. and Personalized Media Communications, LLC*

Morris Waisbrot, Esquire
William F. Haigney, Esquire
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, NY  10022
*Attorneys for TVG-PMC, Inc., Starsight Telecast, Inc. and Gemstar-TV Guide International, Inc.*

Matthew Bathon, Esquire
Hadrian R. Katz, Esquire
Joseph Micallef, Esquire
**ARNOLD & PORTER**
555 12th Street, N.W.
Washington, D.C. 20004-1206
*Attorneys for Pegasus Development Corp. and Personalized Media Communications, LLC*

Timothy R. DeWitt, Esquire
24 IP Law Group USA, PLLC
12 E. Lake Drive
Annapolis, MD  21403
*Attorneys for Pegasus Development Corp. and Personalized Media Communications, LLC*

Kevin G. McBride, Esquire
**JONES DAY**
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
*Attorneys for DirecTV, Inc., Hughes Electronics Corp. and Philips Electronics North America*

John McNett, Esquire
**WOODARD, EMHARDT, MORIARTY, MCNETT & HENRY**
Bank One Center/Tower
111 Monument Circle, Suite 3700
Indianapolis, Indiana  46204-5137
*Attorneys for Technicolor USA, Inc.*

| | |
|---|---|
| Peter C. McCabe, III, Esquire<br>Raymond C. Perkins, Esquire<br>**WINSTON & STRAWN**<br>35 West Wacker Dr.<br>Chicago, IL  60601<br>*Attorneys for Technicolor USA, Inc.* | A.J. Usher IV, Esquire<br>Law Office Of A.J. Usher IV, LLC<br>P.O. Box 44126<br>Indianapolis, IN  46244-0126<br>*Attorneys Technicolor USA, Inc.* |

*/s/ Karen Jacobs Louden*

_____

Karen Jacobs Louden (#2881)