**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PEGASUS DEVELOPMENT CORPORATION and PERSONALIZED MEDIA COMMUNICATIONS, L.L.C. | ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | |
| | ) | |
| v. | ) ) | |
| DIRECTV, INC., HUGHES ELECTRONICS CORPORATION, THOMSON CONSUMER ELECTRONICS, INC., and PHILIPS ELECTRONIS NORTH AMERICA CORPORATION, | ) ) ) ) ) ) ) | C.A. No. 00-1020-GMS |
| | ) | |
| Defendants. | ) ) | |

**DECLARATION OF R. ERIC HUTZ IN SUPPORT OF PLAINTIFFS'
MOTION TO LIFT THE STAY AND FOR A SCHEDULING CONFERENCE**

I, R. Eric Hutz, declare, under penalty of perjury, as follows:

      1.      I am an attorney with Connolly Bove Lodge and Hutz LLP, and submit this Declaration to the Court in support of Plaintiffs' Motion to Lift the Stay and for a Scheduling Conference.

      2.      Exhibit A is a true and correct copy of (1) a Letter from Thomas J. Scott, outside counsel for Personalized Media Communications, L.L.C. ("PMC") to John C. McNett, outside counsel for Thomson Consumer Electronics, Inc., dated October 31, 1995 and (2) a Letter from Thomas J. Scott, outside counsel for PMC to Wanda Denson-Lowe, Vice-President and Assistant General Counsel for Hughes Electronics Corp., dated September 15, 1995.

3.      Exhibit B is a listing of the requested reexaminations of the seven patents-in-suit and the status of each as of July 26, 2011.

4.      Exhibit C is listing of this Court's active cases, as of July 19, 2011, obtained from LEXIS.

5.      Exhibit D is a true and correct copy of the Reexamination Certificate for U.S. Patent No. 4,965,825 ("'825 patent") issued by the United States Patent and Trademark Office ("USPTO") on November 10, 2009.

6.      Exhibit E is a true and correct copy of the Request for *Ex Parte* Reexamination of the '825 patent, filed October 5, 2009.

7.      Exhibit F is a true and correct copy of the Request for *Ex Parte* Reexamination of the '825 patent, filed October 8, 2010.

8.      Exhibit G is a true and correct copy of the Reexamination Certificate for U.S. Patent No. 5,109,414 ("'414 patent") issued by the USPTO on August 4, 2009.

9.      Exhibit H is a true and correct copy of the Request for *Ex Parte* Reexamination of the '414 patent, filed May 28, 2010.

10.      Exhibit I is a true and correct copy of the Request for *Ex Parte* Reexamination of the '414 patent, filed June 15, 2011.

11.      Exhibit J is a true and correct copy of the Reexamination Certificate for the '825 patent issued by the USPTO on October 26, 2010.

12.      Exhibit K is a true and correct copy of the Reexamination Certificate for the '414 patent issued by the USPTO on June 7, 2011.

13.     Exhibit L is a true and correct copy of the USPTO Order Denying Request for *Ex Parte* Reexamination of U.S. Patent No. 5,887,243 ("'243 patent"), dated April 13, 2007.

14.     Exhibit M is a true and correct copy of the Reexamination Certificate for U.S. Patent No. 5,233,654 ("'654 patent") issued by the USPTO on February 17, 2009.

15.     Exhibit N is a true and correct copy of the Board of Patent Appeals and Interferences' Decision on Request for Rehearing dated September 27, 2010.

16.     Exhibit O is a true and correct copy of the USPTO's Decision *Sua Sponte* Merging Reexamination Proceedings for U.S. Patent No. 5,335,277, dated December 3, 2004.

I declare under penalty of perjury that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

**DATED:**  July 28, 2011                    Respectfully Submitted,

By: */s/ R. Eric Hutz*
    R. Eric Hutz (#2702)
    CONNOLLY BOVE LODGE & HUTZ
    LLP
    The Nemours Building
    1007 N. Orange Street
    Wilmington, DE 19899
    Tel:  (302) 658-9141
    Fax:  (302) 658-5614

    *Attorneys for Plaintiffs-Counterdefendants*
    *Pegasus Development Corporation and*
    *Personalized Media Communications,*
    *L.L.C.*

*Of Counsel:*
Henry C. Bunsow
hbunsow@dl.com
**DEWEY & LEBOEUF LLP**
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, CA 94114
Tel:  (415) 951-1100
Fax:  (415) 951-1180

Joseph P. Lavelle
jlavelle@dl.com
**DEWEY & LEBOEUF LLP**
1101 New York Avenue, N.W.
Washington, D.C. 20005
Tel:  (202) 346-8000
Fax:  (202) 346-8102

Craig Y Allison
callison@dl.com
Christina M. Finn
cfinn@dl.com
**DEWEY & LEBOEUF LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel:  (650) 845-7000
Fax: (650) 845-7333

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2011, a true and correct copy of the foregoing **DECLARATION OF R. ERIC HUTZ IN SUPPORT OF PLAINTIFFS' MOTION TO LIFT THE STAY AND FOR A SCHEDULING CONFERENCE** was caused to be served on counsel for defendants in the manner indicated:

*Attorneys for Philips Electronics North America Corporation*

| **CM/ECF AND HAND DELIVERED** | **FEDERAL EXPRESS** |
|---|---|
| Steven J. Balick, Esquire | Brian J. McNamara, Esquire |
| Steven T. Margolin, Esquire | Kenneth E. Krosin, Esquire |
| **ASHBY & GEDDES** | **FOLEY & LARDNER LLP** |
| 500 Delaware Avenue, P.O. Box 1150 | 3000 K Street, N.W., Suite 500 |
| Wilmington, DE 19899 | Washington, D.C. 20007-5109 |

*Attorneys for TVG-PMC, Inc., Starsight Telecast, Inc. and Gemstar-TV Guide International, Inc.*

| **CM/ECF AND HAND DELIVERED** | **FEDERAL EXPRESS** |
|---|---|
| Philip A. Rovner, Esquire | Morris Waisbrot, Esquire |
| **POTTER ANDERSON & CORROON LLP** | William F. Haigney, Esquire |
| 1313 N. Market St., P.O. Box 951 | **HOGAN & HARTSON LLP** |
| Wilmington, DE 19899-0951 | 875 Third Avenue |
|  | New York, NY 10022 |

*Attorneys for DIRECTV, INC., Hughes Electronics Corporation* and *Technicolor USA, Inc.*

| **CM/ECF AND HAND DELIVERED** | **FEDERAL EXPRESS** |
|---|---|
| Karen Jacobs Louden, Esquire | Victor G. Savikas, Esquire |
| **MORRIS, NICHOLS, ARSHT** | Kevin G. McBride, Esquire |
| **& TUNNELL LLP** | Marsha Durko, Esquire |
| 1201 N. Market St., P.O. Box 1347 | Michael Newton, Esquire |
| Wilmington, DE 19899-1347 | **JONES DAY** |
|  | 555 South Flower Street, 50th Floor |
|  | Los Angeles, CA 90071 |

| **FIRST-CLASS MAIL** | **FEDERAL EXPRESS** |
|---|---|
| A. J. Usher IV, Esquire | Peter C. McCabe, III, Esquire |
| Law Office of A.J. Usher IV, LLC | Raymond C. Perkins, Esquire |
| P.O. Box 44126 | **WINSTON & STRAWN LLP** |
| Indianapolis, IN 46244-0126 | 35 West Wacker Drive |
|  | Chicago, Illinois 60601 |

**FEDERAL EXPRESS**
John C. McNett, Esquire
**WOODARD, EMHARDT, MORIARTY,**
**MCNETT & HENRY LLP**
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137

*Attorneys for Movant, Scientific-Atlanta Inc.*
**CM/ECF AND HAND DELIVERED**
Edward M. McNally, Esquire
**MORRIS JAMES LLP**
500 Delaware Avenue
Suite 1500, P.O. Box 2306
Wilmington, DE 198999-2306

*Attorneys for Pegasus Development Corp. and Personalized Media Communications, LLC.*

| | |
|---|---|
| **ELECTRONIC MEANS** | **ELECTRONIC MEANS** |
| Henry C. Bunsow | Joseph Lavelle |
| hbunsow@dl.com | jlavelle@dl.com |
| **DEWEY & LEBOEUF** | **DEWEY & LEBOEUF** |
| Post Montgomery Center | 1101 New York Avenue, NW |
| One Montgomery Street, Suite 3500 | Washington, DC  20005 |
| San Francisco, CA  94114 | |

**ELECTRONIC MEANS**
Craig Y. Allison
callison@dl.com
Christina M. Finn
cfinn@dl.com
**DEWEY & LEBOEUF**
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303


/s/ R. Eric Hutz
R. Eric Hutz (#2702)


4408256