IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEGASUS DEVELOPMENT CORPORATION and PERSONALIZED MEDIA COMMUNICATIONS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> DIRECTV, INC., HUGHES ELECTRONICS CORPORATION, TECHNICOLOR USA, INC., and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No. 00-1020 (GMS) |

## **STIPULATION FOR SUBSTITUTION OF PARTIES**

WHEREAS on January 1, 2012, DIRECTV, Inc. (the entity named in the original complaint) merged with and into DIRECTV, LLC, with DIRECTV, LLC as the surviving entity;

WHEREAS DIRECTV, Inc. no longer exists as a separate entity as of January 1, 2012;

WHEREAS DIRECTV, LLC agrees to accept responsibility for any judgment for or against DIRECTV, Inc., in this action, including any past damages;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that

1. DIRECTV, LLC is hereby substituted for DIRECTV, Inc. as a Defendant in this action; and

2. The case caption is hereby revised as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEGASUS DEVELOPMENT CORPORATION and PERSONALIZED MEDIA COMMUNICATIONS, L.L.C., )<br>)<br>)<br>) | |
| Plaintiffs, )<br>) | |
| v. ) | Civil Action No. 00-1020 (GMS) |
| ) | |
| DIRECTV, LLC, HUGHES ELECTRONICS CORPORATION, TECHNICOLOR USA, INC., and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, )<br>)<br>)<br>)<br>) | |
| Defendants. )<br>) | |
| AND RELATED COUNTERCLAIMS. )<br>)<br>) | |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Michael J. Flynn* | */s/ Philip A. Rovner* |
| Mary B. Graham (#2556)<br>Karen Jacobs Louden (#2881)<br>Michael Flynn (#5333)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>klouden@mnat.com<br>mflynn@mnat.com<br>*Attorneys for DIRECTV, Hughes Electronics Corporation and Technicolor USA, Inc.* | Philip A. Rovner (#3215)<br>1313 N. Market Street<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>provner@potteranderson.com<br>*Attorneys for TVG-PMC, Starsight Telecast, Inc. and Gemstar-TV Guide International, Inc.* |
| CONNOLLY BOVE LODGE & HUTZ, LLP | ASHBY & GEDDES |
| */s/ R. Eric Hutz* | */s/ Lauren E. Maguire* |
| R. Eric Hutz (#2702)<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 18988<br>(302)-658-9141<br>ehutz@cblh.com<br>*Attorneys for Pegasus Development Corp. and Personalized Media Communications, LLC* | Steven J. Balick (#2114)<br>Lauren E. Maguire (#4261)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>*Attorneys for Philips Electronics North America Corporation* |

March 27, 2012