IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEGASUS DEVELOPMENT CORPORATION and PERSONALIZED MEDIA COMMUNICATIONS, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> DIRECTV, INC., HUGHES ELECTRONICS CORPORATION, THOMSON CONSUMER ELECTRONICS, INC., and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | C.A. No. 00-1020-GMS <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' NOTICE OF MOTION FOR RE-ARGUMENT REGARDING THE CONSTRUCTION OF "DECRYPTING [AN ENCRYPTED INFORMATION TRANSMISSION]"**

Pursuant to Local Rule 7.1.5, Plaintiffs Pegasus Development Corporation and Personalized Media Communications, L.L.C. (collectively "Plaintiffs") by and through their undersigned counsel, hereby move the Court to reconsider its construction of the term "decrypting [an encrypted information transmission]" as set forth in its April 1, 2013 Order Construing the Terms of U.S. Patent Nos. 4,965,825, 5,109,414, 5,233,654 & 5,335,277 (D.I. 693). Plaintiffs respectfully request that the Court instead adopt the following construction: "using a digital key in conjunction with a set of associated mathematical operations to decipher digital data. This term does not include mere descrambling of an analog television transmission."

The grounds for this motion are set forth more fully in the Memorandum in Support of Plaintiffs' Motion filed concurrently herewith.

Dated:  April 15, 2013                                         Respectfully Submitted,

By:  /s/  R. Eric Hutz
R. Eric Hutz (#2702)
**NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**
The Nemours Building
1007 North Orange Street
Wilmington, DE 198991
Tel:  (302) 658-9141
Fax:  (302) 658-5614

*Of Counsel:*

Henry C. Bunsow
hbunsow@bdiplaw.com
Craig Y Allison
callison@ bdiplaw.com
Christina M. Finn
cfinn@ bdiplaw.com
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Tel:  (415) 675-8889
Fax:  (415) 675-8892

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 15, 2013, a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR RE-ARGUMENT REGARDING THE CONSTRUCTION OF "DECRYPTING [AN ENCRYPTED INFORMATION TRANSMISSION]"** was caused to be served on counsel for defendants in the manner indicated:

*Via Electronic Mail*
Steven J. Balick, Esquire
Lauren E. Maguire, Esquire
Stephen T. Margolin, Esquire
Andrew C. Mayo, Esquire
**ASHBY & GEDDES**
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Philips Electronics North America Corporation*

*Via Electronic Mail*
Karen Jacobs Louden, Esquire
Mary B. Graham, Esquire
Michael J. Flynn, Esquire
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 N. Market Street
Wilmington, DE 19801
klouden@mnat.com
mgraham@mnat.com
mflynn@mnat.com

*Attorneys for Technicolor USA, Inc., DIRECTV, INC., and Hughes*

*Via Electronic Mail*
Louis L. Touton, Esquire
Steven J. Corr, Esquire
**JONES DAY**
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
lltouton@jonesday.com
sjcorr@jonesday.com

*Attorneys DIRECTV, INC., and Hughes Electronics Corporation and Philips Electronics North America Corporation*

*Via Electronic Mail*
Frank P. Cote, Esquire
Martha K. Gooding, Esquire
Jesse Mulholland, Esquire
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
fcote@jonesday.com
mgooding@jonesday.com
jmulholland@jonesday.com

*Attorneys for DIRECTV, INC., and Hughes Electronics Corporation and Philips Electronics North America Corporation*

*Via Electronic Mail*
R. Trevor Carter, Esquire
Andrew M. McCoy, Esquire
**FAEGRE BAKER DANIELS**
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1750
trevor.carter@faegreBD.com
andrew.mccoy@FaegreBD.com

*Attorneys for Technicolor USA, Inc.*

*Via Electronic Mail*
Philip A. Rovner, Esquire
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street
Wilmington, DE 19801
provner@potteranderson.com

*Attorneys for TVG-PMC, Inc., StarSight Telecast, Inc. and Gemstar-TV Guide International, Inc.*

*Via Electronic Mail*
Brian M. Poissant, Esquire
Oginian V. Shentov, Esquire
Sharyl A. Reisman, Esquire
Frederick L. McKnight, Esquire
**JONES DAY**
222 East 41st Street
New York, NY 10017-6702
(212) 326-3939
bmpoissant@jonesday.com
ovshentov@jonesday.com
sareisman@jonesday.com
fmcknight@jonesday.com

*Attorneys DIRECTV, INC., and Hughes Electronics Corporation and Philips Electronics North America Corporation*

*Via Electronic Mail*
A. J. Usher IV, Esquire
**Law Office of A.J. Usher IV, LLC**
P.O. Box 44126
Indianapolis, IN 46244-0126
ajusher@hotmail.com

*Attorney for Technicolor USA, Inc.*

*Via Electronic Mail*
Roderick G. Dorman, Esquire
Marc Morris, Esquire
**MCKOOL SMITH**
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
rdorman@mckoolsmithhennigan.com
mmorris@mckoolsmithhennigan.com

*Attorneys for TVG-PMC, Inc., StarSight Telecast, Inc. and Gemstar-TV Guide International, Inc.*

*Via Electronic Mail*

Kevin G. McBride, Esquire
**AKIN GUMP STRAUSS HAUER & FELD LLP**
633 West Fifth Street, Suite 5000
Los Angeles, CA 90071-2081
kmcbride@akingump.com

*Attorney DIRECTV, INC., and Hughes Electronics Corporation and Philips Electronics North America Corporation*

/s/ *R. Eric Hutz*
R. Eric Hutz (#2702)

4