# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEGASUS DEVELOPMENT CORPORATION and PERSONALIZED MEDIA COMMUNICATIONS, L.L.C., | )<br>)<br>) C.A. No. 00-1020-GMS |
| Plaintiffs, | )<br>) |
| vs. | ) JURY TRIAL DEMANDED<br>)<br>) |
| DIRECTV, INC., HUGHES ELECTRONICS CORPORATION, THOMSON CONSUMER ELECTRONICS, INC., and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| AND RELATED COUNTERCLAIMS | ) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Re-argument Regarding the Construction of "Decrypting [an encrypted information transmission]" and for the reasons stated in Plaintiffs' Memorandum in support of their Motion, the Court construes the term "decrypting [an encrypted information transmission]" to mean "using a digital key in conjunction with a set of associated mathematical operations to decipher digital data. This term does not include mere descrambling of an analog television transmission."

ORDERED that the Motion is GRANTED.

_____
The Honorable Gregory M. Sleet
United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2013, a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR REARGUMENT REGARDING THE CONSTRUCTION OF "DECRYPTING [AN ENCRYPTED INFORMATION TRANSMISSION]"** was caused to be served on counsel for defendants in the manner indicated:

*Via Electronic Mail*
Steven J. Balick, Esquire
Lauren E. Maguire, Esquire
Stephen T. Margolin, Esquire
Andrew C. Mayo, Esquire
**ASHBY & GEDDES**
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Philips Electronics North America Corporation*

*Via Electronic Mail*
Karen Jacobs Louden, Esquire
Mary B. Graham, Esquire
Michael J. Flynn, Esquire
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 N. Market Street
Wilmington, DE 19801
klouden@mnat.com
mgraham@mnat.com
mflynn@mnat.com

*Attorneys for Technicolor USA, Inc., DIRECTV, INC., and Hughes*

*Via Electronic Mail*
Louis L. Touton, Esquire
Steven J. Corr, Esquire
**JONES DAY**
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
lltouton@jonesday.com
sjcorr@jonesday.com

*Attorneys DIRECTV, INC., and Hughes Electronics Corporation and Philips Electronics North America Corporation*

*Via Electronic Mail*
Frank P. Cote, Esquire
Martha K. Gooding, Esquire
Jesse Mulholland, Esquire
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
fcote@jonesday.com
mgooding@jonesday.com
jmulholland@jonesday.com

*Attorneys for DIRECTV, INC., and Hughes Electronics Corporation and Philips Electronics North America Corporation*

*Via Electronic Mail*
R. Trevor Carter, Esquire
Andrew M. McCoy, Esquire
**FAEGRE BAKER DANIELS**
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1750
trevor.carter@faegreBD.com
andrew.mccoy@FaegreBD.com

*Attorneys for Technicolor USA, Inc.*

*Via Electronic Mail*
A. J. Usher IV, Esquire
**Law Office of A.J. Usher IV, LLC**
P.O. Box 44126
Indianapolis, IN 46244-0126
ajusher@hotmail.com

*Attorney for Technicolor USA, Inc.*

*Via Electronic Mail*
Philip A. Rovner, Esquire
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street
Wilmington, DE 19801
provner@potteranderson.com

*Attorneys for TVG-PMC, Inc., StarSight Telecast, Inc. and Gemstar-TV Guide International, Inc.*

*Via Electronic Mail*
Roderick G. Dorman, Esquire
Marc Morris, Esquire
**MCKOOL SMITH**
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
rdorman@mckoolsmithhennigan.com
mmorris@mckoolsmithhennigan.com

*Attorneys for TVG-PMC, Inc., StarSight Telecast, Inc. and Gemstar-TV Guide International, Inc.*

*Via Electronic Mail*
Brian M. Poissant, Esquire
Oginian V. Shentov, Esquire
Sharyl A. Reisman, Esquire
Frederick L. McKnight
**JONES DAY**
222 East 41st Street
New York, NY 10017-6702
(212) 326-3939
bmpoissant@jonesday.com
ovshentov@jonesday.com
sareisman@jonesday.com
fmcknight@jonesday.com

*Attorneys DIRECTV, INC., and Hughes Electronics Corporation and Philips Electronics North America Corporation*

*Via Electronic Mail*
Kevin G. McBride, Esquire
**AKIN GUMP STRAUSS HAUER & FELD LLP**
633 West Fifth Street, Suite 5000
Los Angeles, CA  90071-2081
kmcbride@akingump.com

*Attorney DIRECTV, INC., and Hughes Electronics Corporation and Philips Electronics North America Corporation*

/s/ *R. Eric Hutz*
R. Eric Hutz (#2702)

3