IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEGASUS DEVELOPMENT CORPORATION and PERSONALIZED MEDIA COMMUNICATIONS, L.L.C., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 00-1020 (GMS) |
| DIRECTV, LLC, HUGHES ELECTRONICS CORPORATION, TECHNICOLOR USA, INC., and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, ) ) ) ) ) | |
| Defendants. ) ) | |
| AND RELATED COUNTERCLAIMS. ) | |

**DIRECTV, LLC'S AMENDED NOTICE OF DEPOSITION OF JOHN HARVEY**

DIRECTV, LLC ("DIRECTV") will take the deposition of John Harvey, c/o Bunsow, De Mory, Smith & Allison LLP, 55 Francisco Street, 6th Floor, San Francisco, California 94133 pursuant to Federal Rules of Civil Procedure 45 and 30(b)(1). The deposition will take place, pursuant to the parties' agreement, on July 12, 2013 at 9:00 a.m. at Jones Day, 222 E. 41st St., New York, NY 10017-6702. The deposition will be conducted in accordance with the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure for the U.S. District Court for the District of Delaware, and before an officer authorized to administer oaths and will continue from day-to-day, excluding weekends and holidays, until completed. The testimony will be recorded using audio, visual, stenographic, and/or computer (e.g. LiveNote or other real-time reporting) means.

- 2 -

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Michael J. Flynn* |
|  | _____ |
|  | Mary B. Graham (#2556) |
|  | Karen Jacobs Louden (#2881) |
|  | Michael J. Flynn (#5333) |
|  | 1201 N. Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE  19899-1347 |
|  | (302) 658-9200 |
|  | mgraham@mnat.com |
|  | klouden@mnat.com |
| OF COUNSEL: | mflynn@mnat.com |
|  |  |
| Frederick L. McKnight | *Attorneys for DIRECTV, LLC* |
| Louis Touton |  |
| Steven J. Corr |  |
| JONES DAY |  |
| 555 South Flower Street, 50th Floor |  |
| Los Angeles, CA  90071 |  |
| (213) 489-3939 |  |

Frank P. Cote
Martha K. Gooding
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
(949) 553-7540

Brian M. Poissant
Ognian V. Shentov, Ph.D.
Sharyl A. Reisman
JONES DAY
222 East 41st Street
New York, NY  10017-6702
(212) 326-3939

Kevin G. McBride
AKIN GUMP STRAUSS HAUER & FELD LLP
633 West Fifth Street, Suite 5000
Los Angeles, CA  90071
(213) 254-1200

July 3, 2013
7342508.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 3, 2013, upon the following individuals by electronic mail:

Rudolf E. Hutz, Esquire                                              *VIA ELECTRONIC MAIL*
R. Eric Hutz, Esquire
NOVAK DRUCE CONNOLLY BOVE +
QUIGG LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
*Attorneys for Pegasus Development Corp. and*
*Personalized Media Communications, L.L.C.*

Henry C. Bunsow, Esquire                                         *VIA ELECTRONIC MAIL*
Craig Y. Allison, Esquire
Christina M. Finn, Esquire
Robin K. Curtis, Esquire
Alden Kwong Wei Lee, Esquire
Brian A.E. Smith, Esquire
Dino Hadzibegovic, Esquire
Joseph Fraresso, Esquire
Ziyong Li, Esquire
BUNSOW, DE MORY, SMITH & ALLISON, LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
*Attorneys for Pegasus Development Corp. and*
*Personalized Media Communications, L.L.C.*

- 2 -

| | |
|---|---|
| Philip A. Rovner, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE 19899-0951<br>*Attorneys for TVG-PMC, Inc., StarSight Telecast, Inc. and Gemstar-TV Guide International, Inc.* | VIA ELECTRONIC MAIL |
| Roderick G. Dorman, Esquire<br>Marc Morris, Esquire<br>MCKOOL SMITH<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>*Attorneys for TVG-PMC, Inc., StarSight Telecast, Inc. and Gemstar-TV Guide International, Inc.* | VIA ELECTRONIC MAIL |
| Joseph C. Sharp, Esquire<br>ASHE RAFUSE & HILL LLP<br>1355 Peachtree Street, NE<br>Suite 500<br>Atlanta, GA 30309<br>*Attorneys for TVG-PMC, Inc., StarSight Telecast, Inc. and Gemstar-TV Guide International, Inc.* | VIA ELECTRONIC MAIL |
| Steven J. Balick, Esquire<br>Lauren E. Maguire, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*Attorneys for Philips Electronics North America Corporation* | VIA ELECTRONIC MAIL |
| R. Trevor Carter, Esquire<br>Andrew M. McCoy, Esquire<br>FAEGRE BAKER DANIELS<br>300 North Meridian Street, Suite 2700<br>Indianapolis, IN 46204-1750<br>*Attorneys for Technicolor USA, Inc.* | VIA ELECTRONIC MAIL |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)


- 2 -

| | |
|---|---|
| Philip A. Rovner, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE 19899-0951<br>*Attorneys for TVG-PMC, Inc., StarSight Telecast, Inc. and Gemstar-TV Guide International, Inc.* | VIA ELECTRONIC MAIL |
| Roderick G. Dorman, Esquire<br>Marc Morris, Esquire<br>MCKOOL SMITH<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>*Attorneys for TVG-PMC, Inc., StarSight Telecast, Inc. and Gemstar-TV Guide International, Inc.* | VIA ELECTRONIC MAIL |
| Joseph C. Sharp, Esquire<br>ASHE RAFUSE & HILL LLP<br>1355 Peachtree Street, NE<br>Suite 500<br>Atlanta, GA 30309<br>*Attorneys for TVG-PMC, Inc., StarSight Telecast, Inc. and Gemstar-TV Guide International, Inc.* | VIA ELECTRONIC MAIL |
| Steven J. Balick, Esquire<br>Lauren E. Maguire, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*Attorneys for Philips Electronics North America Corporation* | VIA ELECTRONIC MAIL |
| R. Trevor Carter, Esquire<br>Andrew M. McCoy, Esquire<br>FAEGRE BAKER DANIELS<br>300 North Meridian Street, Suite 2700<br>Indianapolis, IN 46204-1750<br>*Attorneys for Technicolor USA, Inc.* | VIA ELECTRONIC MAIL |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)