IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PEGASUS DEVELOPMENT CORPORATION and PERSONALIZED MEDIA COMMUNICATIONS, L.L.C., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 00-1020 (GMS) |
| DIRECTV, INC., HUGHES ELECTRONICS CORPORATION, TECHNICOLOR USA, INC. and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF JOINDER OF AMENDED NOTICE OF
DEPOSITION OF JOHN HARVEY**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that Defendant Technicolor, USA, Inc. hereby joins in the

taking of the deposition of John Harvey, c/o Bunsow, DeMory, Smith & Allison LLP, 55

Francisco Street, 6th Floor, San Francisco, California 94133, pursuant to Federal Rules of Civil

Procedure 45 and 30(b)(1). The deposition will take place, pursuant to the parties' agreement, on

July 12, 2013 at 9:00 a.m. at Jones Day, 222 E. 41st Street, New York, New York 10017-6702.

PLEASE TAKE FURTHER NOTICE that the deposition will be conducted in

accordance with the Federal Rules of Civil Procedure for the U.S. District court for the District

of Delaware, and before an officer authorized to administer oaths and will continue from day-to-

day, excluding weekends and holidays, until completed. The testimony will be recorded, using

audio, visual, stenographic, and/or computer (e.g. LiveNote or other real-time reporting means.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____
Mary B. Graham (#2556)
Karen Jacobs Louden (#2881)
Michael J. Flynn (#5333)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
klouden@mnat.com
mflynn@mnat.com

*Attorneys for Technicolor USA, Inc.*

OF COUNSEL:

R. Trevor Carter
Andrew M. McCoy
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204-1750
(317) 237-0300


July 8, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 8, 2013, upon the following individuals by electronic mail:

Rudolf E. Hutz, Esquire                                    *VIA ELECTRONIC MAIL*
R. Eric Hutz, Esquire
NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
*Attorneys for Pegasus Development Corp. and*
*Personalized Media Communications, L.L.C.*

Henry C. Bunsow, Esquire                                   *VIA ELECTRONIC MAIL*
Craig Y. Allison, Esquire
Christina M. Finn, Esquire
Robin K. Curtis, Esquire
Alden Kwong Wei Lee, Esquire
Brian A.E. Smith, Esquire
Dino Hadzibegovic, Esquire
Joseph Fraresso, Esquire
Ziyong Li, Esquire
BUNSOW, DE MORY, SMITH & ALLISON, LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
*Attorneys for Pegasus Development Corp. and*
*Personalized Media Communications, L.L.C.*

Philip A. Rovner, Esquire                                  *VIA ELECTRONIC MAIL*
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19899-0951
*Attorneys for TVG-PMC, Inc., StarSight*
*Telecast, Inc. and Gemstar-TV Guide*
*International, Inc.*

Roderick G. Dorman, Esquire                          *VIA ELECTRONIC MAIL*
Marc Morris, Esquire
MCKOOL SMITH
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017
*Attorneys for TVG-PMC, Inc., StarSight*
*Telecast, Inc. and Gemstar-TV Guide*
*International, Inc.*

Joseph C. Sharp, Esquire                             *VIA ELECTRONIC MAIL*
ASHE RAFUSE & HILL LLP
1355 Peachtree Street, NE, Suite 500
Atlanta, GA  30309
*Attorneys for TVG-PMC, Inc., StarSight*
*Telecast, Inc. and Gemstar-TV Guide*
*International, Inc.*

Steven J. Balick, Esquire                            *VIA ELECTRONIC MAIL*
Lauren E. Maguire, Esquire
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for Philips Electronics North*
*America Corporation*

Kevin G. McBride, Esquire                            *VIA ELECTRONIC MAIL*
AKIN GUMP STRAUSS HAUER & FELD LLP
633 West Fifth Street, Suite 5000
Los Angeles, CA  90071
*Attorneys for DIRECTV, LLC*

Brian M. Poissant, Esquire                           *VIA ELECTRONIC MAIL*
Ognian V. Shentov, Esquire
Sharyl A. Reisman, Esquire
Kenneth S. Canfield, Esquire
JONES DAY
222 East 41st Street
New York, NY  10017-6702
*Attorneys for DIRECTV, LLC and Hughes*
*Electronics Corporation*

Louis Touton, Esquire                                    *VIA ELECTRONIC MAIL*
Steven J. Corr, Esquire
Frederick L. McKnight, Esquire
Michael S. McCauley, Esquire
Jason C. Wright, Esquire
Alexis A. Houle, Esquire
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
*Attorneys for DIRECTV, LLC and Hughes*
*Electronics Corporation*                                *VIA ELECTRONIC MAIL*

Frank P. Cote, Esquire
Martha K. Gooding, Esquire
Jesse Mulholland, Esquire
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
*Attorneys for DIRECTV, LLC and Hughes*
*Electronics Corporation*


*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)