IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEGASUS DEVELOPMENT CORPORATION and PERSONALIZED MEDIA COMMUNICATIONS, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> DIRECTV, LLC, HUGHES ELECTRONICS CORPORATION, TECHNICOLOR USA, INC., and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | C.A. No. 00-1020-GMS |

## STIPULATION FOR DISMISSAL OF CERTAIN CLAIMS

Plaintiffs Pegasus Development Corporation ("Pegasus") and Personalized Media Communications, L.L.C. ("PMC") and Defendants Hughes Electronics Corp. (now known as the DIRECTV Group, Inc.) ("DIRECTV"), DIRECTV, LLC (originally named as DIRECTV, Inc.), Philips Electronics North America Corporation ("Philips"), and Technicolor USA, Inc. (originally named as Thomson Consumer Electronics, Inc.) ("Technicolor") hereby stipulate, subject to the approval and order of the Court, that the following claims in this action be dismissed on the following terms:

1. Pegasus and PMC hereby dismiss with prejudice all pending claims and counterclaims they have asserted in this action against DIRECTV, DIRECTV, LLC, Philips, and Technicolor.

2. DIRECTV, DIRECTV, LLC, Philips, and Technicolor hereby dismiss with prejudice all pending claims and counterclaims they have asserted in this action against Pegasus and PMC, without waiving any defenses, including but not limited to, the validity, non-

infringement or enforceability of the patents-in-suit, without prejudice to Pegasus and PMC's later assertion of counter-defenses.

    As between the parties to this Stipulation, all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

| NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP | MORRIS, NICHOLS, ARSHT, & TUNNELL LLP |
|---|---|
| */s/ R. Eric Hutz* | */s/ Michael J. Flynn* |
| R. Eric Hutz (#2702) | Karen Jacobs Louden (#2556) |
| The Nemours Building | Mary B. Graham (2881) |
| 1007 N. Orange Street | Michael J. Flynn (#5333) |
| P.O. Box 2207 | 1201 N. Market Street |
| Wilmington, DE 19899 | Post Office Box 1347 |
| (302) 658-9141 | Wilmington, DE 19801 |
| Eric.hutz@novakdruce.com | (302) 658-9200 |
| | klouden@mnat.com |
| | mgraham@mnat.com |
| *Attorneys for Pegasus Development Corporation and Personalized Media Communications, L.L.C.* | mflynn@mnat.com |
| | *Attorneys for Technicolor USA, Inc., DIRECTV,LLC, and Hughes Electronics Corp.* |

ASHBY & GEDDES

*/s/ Steven J. Balick*
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Philips Electronics North America Corporation*

SO ORDERED this _____ day of July, 2013

                                                           UNITED STATES DISTRICT JUDGE