**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

PEGASUS DEVELOPMENT CORPORATION and PERSONALIZED MEDIA COMMUNICATIONS, L.L.C.,

Plaintiffs,

v.

DIRECTV, LLC., HUGHES ELECTRONICS CORPORATION, TECHNICOLOR USA, INC., and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,

Defendants

**C.A. No. 00-cv-1020 (GMS)**

TECHNICOLOR USA, INC.

Counter-Plaintiff/Third-Party Plaintiff,

v.

PEGASUS DEVELOPMENT CORPORATION, PERSONALIZED MEDIA COMMUNICATIONS, L.L.C.

Plaintiffs/Counter Defendants,

and

TVG-PMC, INC., STARSIGHT TELECAST, INC. and GEMSTAR-TV GUIDE INTERNATIONAL, INC.

Third-Party Defendants

**STIPULATION FOR DISMISSAL OF CERTAIN CLAIMS WITHOUT PREJUDICE**

Plaintiff Personalized Media Communications, L.L.C. ("PMC") and Counterclaimants TVG-PMC, Inc., Starsight Telecast, Inc., and Gemstar-TV Guide International, Inc. (collectively the "Gemstar Entities") hereby stipulate, subject to the approval and order of the Court, that the following claims in this action be dismissed on the following terms:

1. PMC hereby dismisses without prejudice all pending claims and counterclaims it has asserted in this action against the Gemstar Entities.

2. The Gemstar Entities hereby dismiss without prejudice all pending claims and counterclaims they have asserted in this action against PMC.

As between the parties to this Stipulation, all costs and expenses, including attorneys' fees, relating to this litigation shall be borne by the party incurring the same.

**POTTER ANDERSON & CORROON LLP**

*/s/ Philip A. Rovner*
Philip A. Rovner (I.D. No. 3215)
Jonathan A. Choa (I.D. No. 5319)
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneysfor TVG-PMC, Inc., StarSight Telecast, Inc. and Gemstar-TV Guide International, Inc.*

**NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**

*/s/ R. Eric Hutz*
R. Eric Hutz (I.D. No. 2702)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
eric.hutz@novakdruce.com

*Attorneys for Pegasus Development Corp. and Personalized Media Communications, LLC*

SO ORDERED this _____ day of ____________________, 2013

________________________________
UNITED STATES DISTRICT JUDGE