

**NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**

ATTORNEYS AT LAW

R. Eric Hutz
Partner
Telephone: (302) 888-6230
Email: eric.hutz@novakdruce.com

September 6, 2013
Ref: 08337-00001

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    *Pegasus Development Corp., et al. v. DIRECTV, LLC, et al.*
            **(C.A. No. 00-1020 (GMS)**

Dear Chief Judge Sleet:

    The stipulated dismissal being filed contemporaneously with this letter (D.I. 757) is a dismissal of all claims and counterclaims by and between TVG-PMC, Inc., StarSight Telecast, Inc., and Gemstar-TV Guide International, Inc. (collectively the "Gemstar Entities") on the one hand and Pegasus Development Corporation and Personalized Media Communications, L.L.C. (collectively "Plaintiffs") on the other hand. The stipulated dismissal encompasses the outstanding claims and counterclaims asserted between Plaintiffs and the Gemstar Entities. Accordingly, an entry of an order pursuant to the stipulated dismissal will resolve all remaining claims and counterclaims in the above-captioned matter and the matter can be closed. Plaintiff and the Gemstar Entities have met and conferred on this issue and jointly submit this letter.

                          Respectfully submitted,

                          R. Eric Hutz (I.D. No. 2702)

                        *Attorneys for Pegasus Development Corp. and*
                          *Personalized Media Communications, LLC*

cc:    Clerk of the Court
        All counsel of record
5349329_1.DOCX