IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEGASUS DEVELOPMENT CORPORATION and PERSONALIZED MEDIA COMMUNICATIONS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> DIRECTV, LLC., HUGHES ELECTRONICS CORPORATION, TECHNICOLOR USA, INC., and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, <br><br> Defendants <br><br>——————————————————— <br> TECHNICOLOR USA, INC. <br><br> Counter-Plaintiff/Third-Party Plaintiff, <br><br> v. <br><br> PEGASUS DEVELOPMENT CORPORATION, PERSONALIZED MEDIA COMMUNICATIONS, L.L.C. <br><br> Plaintiffs/Counter Defendants, <br><br> and <br><br> TVG-PMC, INC., STARSIGHT TELECAST, INC. and GEMSTAR-TV GUIDE INTERNATIONAL, INC. <br><br> Third-Party Defendants | C.A. No. 00-cv-1020 (GMS) |

**STIPULATION FOR DISMISSAL OF CERTAIN CLAIMS WITHOUT PREJUDICE**

Plaintiff Personalized Media Communications, L.L.C. ("PMC") and Counterclaimants TVG-PMC, Inc., Starsight Telecast, Inc., and Gemstar-TV Guide International, Inc. (collectively the "Gemstar Entities") hereby stipulate, subject to the approval and order of the Court, that the following claims in this action be dismissed on the following terms:

1. PMC hereby dismisses without prejudice all pending claims and counterclaims it has asserted in this action against the Gemstar Entities.

2. The Gemstar Entities hereby dismiss without prejudice all pending claims and counterclaims they have asserted in this action against PMC.

As between the parties to this Stipulation, all costs and expenses, including attorneys' fees, relating to this litigation shall be borne by the party incurring the same.

| POTTER ANDERSON & CORROON LLP | NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP |
|---|---|
| /s/ Philip A. Rovner | /s/ R. Eric Hutz |
| Philip A. Rovner (I.D. No. 3215) | R. Eric Hutz (I.D. No. 2702) |
| Jonathan A. Choa (I.D. No. 5319) | The Nemours Building |
| 1313 N. Market Street | 1007 N. Orange Street |
| Wilmington, DE 19899-0951 | P.O. Box 2207 |
| (302) 984-6000 | Wilmington, DE 19899 |
| provner@potteranderson.com | (302) 658-9141 |
| jchoa@potteranderson.com | eric.hutz@novakdruce.com |
| *Attorneys for TVG-PMC, Inc., StarSight Telecast, Inc. and Gemstar-TV Guide International, Inc.* | *Attorneys for Pegasus Development Corp. and Personalized Media Communications, LLC* |

SO ORDERED this 6th day of Sept., 2013

UNITED STATES DISTRICT JUDGE

2

5348125_1